UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL C. BARENS, | ) | Case No.: 1:19 CV 451 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PARMA CITY SCHOOL DISTRICT, *et al.*, | ) ) ) | |
| | ) | <u>ORDER</u> |
| Defendant | ) | |

The court having reviewed the Report and Recommendation of Magistrate Judge Ruiz, (ECF no. 4), and for the reasons stated in the Report, the court hereby adopts the Report and Recommendation as its own. Plaintiff's Motion for Temporary Restraining Order, (ECF no. 2) is DENIED.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 6, 2019